UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER JOHN SALAZAR, | No. 2:24-cv-01745 SCR P |
| Plaintiff, | |
| v. | ORDER |
| M. TORRES, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983. By order filed August 5, 2025, plaintiff's complaint was screened and he was given the option of amending the complaint or proceeding immediately on cognizable claims only. (ECF No. 8.) Plaintiff notified the court that he would like to amend the complaint. (ECF No. 11.) Plaintiff subsequently filed a motion to amend and first amended complaint. (ECF No. 12.) Plaintiff, however, did not sign the first amended complaint. Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing. Fed. R. Civ. P. 11(a). Thus, the court is unable to consider plaintiff's first amended complaint unless he signs and re-files it.

Accordingly, plaintiff is provided an opportunity to re-file his first amended complaint bearing his signature. Failure to comply with this order will result in a recommendation that this action be dismissed.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to amend (ECF No. 12) is GRANTED in part and DENIED in part. Plaintiff is granted leave to amend, but the court will take no action on the unsigned first amended complaint attached to plaintiff's motion.

2. Within thirty (30) days from the date of this order, plaintiff shall re-file a signed first amended complaint. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed under Rule 41(b) of the Federal Rules of Civil Procedure.

DATED: August 27, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE