UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER JOHN SALAZAR, Plaintiff, v. M. TORRES, et al., Defendants. | No. 2:24-cv-01745-TLN-SCR **ORDER** |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 27, 2026, the magistrate judge filed findings and recommendations which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 15.) Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations and screening order (ECF No. 15) are ADOPTED in full;

2. For the reasons explained in the screening order, defendants Perez, Shonda, and Brooklyn are dismissed from the action pursuant to 28 U.S.C. § 1915A(b)(1); and

3. The Clerk of the Court is directed to terminate defendants Perez, Shonda, and Brooklyn from the Docket.

IT IS SO ORDERED.

DATE: November 9, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE